1  Alex Farzan (SBN 312771)
2  **THE LAW OFFICE OF ALEX FARZAN**
   10940 Wilshire Blvd., Suite 2010
3  Los Angeles, CA 90024
4  (424) 325-3112
   (424) 325-6311 fax
5  Alex@Farzanlaw.com

6
   Attorneys for Plaintiffs,
7  Levi Sap Nei Thang Victims Association, et al.

JS-6

8

9  UNITED STATES DISTRICT COURT

10 CENTRAL DISTRICT OF CALIFORNIA

11

12
13 | LEVI SAP NEI THANG VICTIMS | Case No.: 2:23-cv-04210-HDV-JPR
   | ASSOCIATION, an Unincorporated
14 | Association, et al.,
15 |                                  | [PROPOSED] JUDGMENT
   |         Plaintiffs,
16
17
18 | v.
19 | LEVI SAP NEI THANG, et al.,
20 |         Defendants,
21
22
23

24
25
26
27
28
                              1
                     [PROPOSED] JUDGMENT

This action came on for bench trial commencing on February 11, 2025 in Courtroom 5B of the United States District Court for the Central District of California, the honorable Hernán D. Vera presiding.

The Court entered its Trial Order on June 12, 2025 [Dkt. No. 111] finding in favor of Plaintiffs on their claims for (1) intentional misrepresentation, (2) negligent misrepresentation, and (3) violation of the Racketeer Influenced and Corrupt Organizations Act. ~~A true and correct copy of the Court's Trial Order is attached hereto as Exhibit "A."~~

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1. The Court hereby finds in favor of Plaintiffs Shwei Di Peng; Naing Naing; Gum San Dashi and Wunpawng, LLC; Daunan Lashi; Hlu Thang; Absolom Aye Ko Ko; Ban Bawilyan and Cherry Sui Oil & Gas LLC; YaLu Bu and Njoi Gas LLC; Myint ZuThin David; Miram Dahum; Cin Sian Pau; Kyaw Htay and US Oil Fields Enterprises, LLC and against Defendants LEVI SAP NEI THANG, an individual, and LEVI SAP NEI THANG, LLC, a New Mexico Limited Liability Corporation, in the amount of $3,197,816.44.

2. This award shall accrue interest in accordance with 28 U.S.C. § 1961, from the date of entry of judgment until paid. Attorney's fees, costs of suit, and appropriate equitable relief, if any, shall be addressed subsequently by the appropriate motion(s) or memorandum(s).

Dated: 7/22/25

By: _____
Hon. Hernán D. Vera
United States District Judge