1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI SAP NEI THANG VICTIMS ASSOCIATION, an Unincorporated Association, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>LEVI SAP NEI THANG, et al.,<br><br>                Defendants. | Case No. 2:23-cv-04210-HDV-JPR<br><br>**AMENDED JUDGMENT** |

1  This action came on for bench trial commencing on February 11, 2025 in Courtroom 5B of the United States District Court for the Central District of California, the Honorable Hernán D. Vera presiding.

The Court entered its Trial Order on June 12, 2025 finding in favor of Plaintiffs on their claims for (1) intentional misrepresentation, (2) negligent misrepresentation, and (3) violation of the Racketeer Influenced and Corrupt Organizations Act.  [Dkt. 111].

On July 22, 2025, the Court entered a Judgment awarding Plaintiffs $3,197,816.44, inclusive of economic, treble, and punitive damages.  [Dkt. 115].

The Court amended the Judgment on August 20, 2025 to correct the erroneous spelling of the name of Plaintiff Van Bawilyan.  [Dkt. 120].

Pursuant to the Court's Order Granting Defendants' Motion to Alter or Amend Judgment and vacating the punitive damages award, the Judgment is hereby amended as follows:

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1. The Court hereby finds in favor of Plaintiffs Shwei Di Peng; Naing Naing; Gum San Dashi and Wunpawng, LLC; Daunan Lashi; Hlu Thang; Absolom Aye Ko Ko; Van Bawilyan and Cherry Sui Oil & Gas LLC; YaLu Bu and Njoi Gas LLC; Myint ZuThin David; Miram Dahum; Cin Sian Pau; Kyaw Htay and US Oil Fields Enterprises, LLC and against Defendants LEVI SAP NEI THANG, an individual, and LEVI SAP NEI THANG, LLC, a New Mexico Limited Liability Corporation, in the amount of $1,827,323.68.

2. This award shall continue to accrue interest in accordance with 28 U.S.C. § 1961, from the date of entry of the initial Judgment, July 22, 2025, until paid.  Attorney's fees, costs of suit, and appropriate equitable relief, if any, shall be addressed subsequently by the appropriate motion(s) or memorandum(a).

Dated: October 17, 2025

_____
Hernán D. Vera
United States District Judge